```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TROY A. WARD,

      Plaintiff,

      -v-

ANDREW M. SAUL,
Commissioner, Social Security Administration,

      Defendant.
------------------------------------------------------------------X

**ORDER**

20-CV-5412 (PGG) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    By Order dated October 26, 2020 (Dkt. No. 7), the Court granted plaintiff's application to proceed *in forma pauperis* and directed plaintiff to serve defendant with the summons and complaint by November 30, 2020. As this deadline has now passed, plaintiff is directed to file proof of service on the docket **no later than December 4, 2020**.

    **SO ORDERED.**

Dated: December 1, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1