**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TROY A. WARD,

                Plaintiff,                  20 **CIVIL** 5412 (PGG)(JLC)

      -v-                                  **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 27, 2021, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         April 27, 2021

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                      **Clerk of Court**
                      **BY:**    K. Mango
                                                      _____
                                                      **Deputy Clerk**